

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of N.V.R., D.A.R., and J.T.R., Children

No. 06-19-00079-CV

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 2007-2400-B). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 26, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk